DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSA RIVERA KIM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3386

[July 21, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 13-002343 CF10A.

David S. Molansky, Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and ARTAU, JJ., concur.

*		*		*

***Not final until disposition of timely filed motion for rehearing.***